Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
DOUGLAS KIRKLAND

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DOUGLAS KIRKLAND, | Case No.: 2:20-mc-00016-UA |
| Plaintiff, | **WRIT OF GARNISHMENT** |
| v. | |
| KFIR MOYAL ART GALLERY INC. | |
| Defendants. | |

TO:  The Cool Heart, LLC
     9663 Santa Monica Boulevard #1150
     Beverly Hills, CA 90210

YOU ARE COMMANDED to summon the garnishee, to serve an answer to this writ on SRIPLAW, whose address is, 1801 Century Park East Suite 1100, Los Angeles, CA 90067 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on

1

1. the attorney or immediately thereafter, stating whether the garnishee is indebted to
2. KFIR MOYAL ART GALLERY INC. at the time of the answer or was indebted at
3. the time of service of the writ, or at any time between such times, and in what sum and
4. what tangible and intangible personal property of the defendant the garnishee is in
5. possession or control of at the time of the answer or had at the time of service of this
6. writ, or at any time between such times, and whether the garnishee knows of any other
7. person indebted to the defendant or who may be in possession or control of any of the
8. property of the defendant. The amount set in plaintiff's motion is $235,640.55.

*CLERK OF COURT*

Date:  _____          _____
                                        *Signature of Clerk or Deputy Clerk*

**SRIPLAW** ◆ CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

**PROOF OF SERVICE**

This writ of garnishment to , Garnishee was served by me:

☐ I personally served the Writ of Garnishment on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the Writ of Garnishment at the individual's _____ _____ , a person of suitable age and discretion who on _____ , and mailed a copy to the individual's last known

☐ I served the Writ of Garnishment on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ Other
*(specify):*

I declare under penalty of perjury that this information is true.

Date _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

3

2:20-cv-01374